Scottlynn J Hubbard, SBN 212970
**Disabled Advocacy Group, APLC**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244
Email: USDCCentral@HubsLaw.com

Attorney for Plaintiff

## THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Martin Vogel, | Case No. SACV17-00028 |
| Plaintiff, | |
| vs. | **Notice of Voluntary Dismissal Without Prejudice** |
| Gallacher Investment Company, a California Limited Partnership, | |
| Defendant. | |

TO THE COURT AND ALL PARTIES:  PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1), plaintiff MARTIN VOGEL hereby voluntarily dismisses the above-entitled action, <u>without</u> prejudice, as to all parties.

Dated: January 9, 2017          DISABLED ADVOCACY GROUP, APLC


         _/s/ Scottlynn J Hubbard, Esquire_          /
         SCOTTLYNN J HUBBARD
         Attorney for Plaintiff